# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

|   |   |   |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>JOHN DOE subscriber assigned IP address  )<br>71.224.241.210,  )<br>  )<br>Defendant.  )<br>  ) | | Civil Case No. 2:19-cv-00808-MSG |

## ENTRY OF APPEARANCE

TO THE CLERK:

    Kindly enter my appearance on behalf of Plaintiff, Strike 3 Holdings, LLC, in the above-captioned matter.

Dated: February 26, 2019        Respectfully submitted,

**FOX ROTHSCHILD, LLP**

By: _____
    Christian Moffitt, Esq. (206770)
    cmoffitt@foxrothschild.com
    Andrew W. Bonekemper, Esq. (84313)
    abonekemper@foxrothschild.com
    10 Sentry Parkway, Suite 200
    P.O. Box 3001
    Blue Bell, PA 19422-3001
    Tel.: (610) 397-6500
    Fax: (610) 397-0450
    www.foxrothschild.com
    *Attorneys for Plaintiff*