UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, <br>         Plaintiff, <br> <br> v. <br> <br> JOHN DOE subscriber assigned IP address 71.224.241.210, <br>         Defendant. | : <br> : <br> :   Civil Action <br> :   No. 2:19-cv-00808-MSG <br> : <br> : <br> : <br> : |

**NOTICE OF ENTRY OF APPEARANCE**

TO THE CLERK OF THE COURT:

    Kindly enter the appearance of Jonathan D. Klein, Esquire on behalf of Plaintiff, Strike 3 Holdings, LLC, in the above case.

                                      **CLARK HILL PLC**

                                      JONATHAN D. KLEIN, ESQUIRE
                                      2005 Market Street, Suite 1000
                                      Philadelphia, PA  19103
                                      (215) 640-8535
                                      *Attorney for Plaintiff,*
                                      *Strike 3 Holdings, LLC*

Dated:  May 2, 2019