UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) |
| Plaintiff, | ) Civil Case No. 2:19-cv-00808-MSG |
| v. | ) |
| JOHN DOE subscriber assigned IP address 71.224.241.210, | ) |
| Defendant. | ) |

**WITHDRAWAL OF APPEARANCE**

TO THE CLERK OF COURT:

Kindly withdraw the appearances of the following attorneys and Fox Rothschild, LLP on behalf of Plaintiff, Strike 3 Holdings, LLC, in the above-captioned matter.

Dated: May 3, 2019

Respectfully submitted,

By: _____
Christian Moffitt, Esq. (206770)
cmoffitt@foxrothschild.com

By: _____
Andrew W. Bonekemper, Esq. (84313)
abonekemper@foxrothschild.com

**FOX ROTHSCHILD, LLP**
10 Sentry Parkway, Suite 200
P.O. Box 3001
Blue Bell, PA 19422-3001
Tel.: (610) 397-6500
Fax: (610) 397-0450
www.foxrothschild.com
*Attorneys for Plaintiff*

1