**THE ATKIN FIRM, LLC**
Formed in the State of New Jersey
By: John C. Atkin, Esq.
55 Madison Avenue, Ste. 400
Morristown, NJ 07960
Tel.: (973) 285-3239
Fax: (833) 693-1201
JAtkin@atkinfirm.com
*Attorneys for Plaintiff Strike 3 Holdings, LLC*

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOHN DOE subscriber assigned IP address 71.224.241.210,<br><br>　　　　Defendant. | Civil Case No. 2:19-cv-00808-MSG<br><br><br>**NOTICE OF APPEARANCE** |

**TO: THE CLERK OF COURT AND ALL PARTIES OF RECORD**

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiff Strike 3 Holdings, LLC.

Dated: May 30, 2019　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　**THE ATKIN FIRM, LLC**

　　　　　　　　　　　　　　　　　　　　　By:　/s/ *John C. Atkin*
　　　　　　　　　　　　　　　　　　　　　　　John C. Atkin, Esq.
　　　　　　　　　　　　　　　　　　　　　　　55 Madison Avenue, Ste. 400
　　　　　　　　　　　　　　　　　　　　　　　Morristown, NJ 07960
　　　　　　　　　　　　　　　　　　　　　　　Tel.: (973) 285-3239
　　　　　　　　　　　　　　　　　　　　　　　Fax: (833) 693-1201
　　　　　　　　　　　　　　　　　　　　　　　JAtkin@atkinfirm.com
　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*